# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LIAH BRUCKNER, | ) |
| | ) |
| Plaintiff, | )  Case No. 19-cv-771 |
| | ) |
| v. | ) |
| | ) |
| REGUS, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CERTIFICATE OF INTEREST

Defendant Regus (hereinafter "Defendant"),[1] by and through its undersigned counsel and pursuant to Local Rule 7.1, hereby submits its Certificate of Interest and states as follows:

Defendant Regus Management Group, LLC's sole member is Regus Corporation. There is no publicly-listed company that owns 10% or more of its stock.

Respectfully submitted,

/*s/* Casey P. Murray
Casey Murray, Missouri Bar No. 58741
cmurray@spencerfane.com
SPENCER FANE, LLP
100 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 292-8133 / Fax: (816) 474-3216
Attorney for Defendant

---

[1] As Defendant noted in its Notice of Removal [D.E. 1], while Plaintiff has sued "Regus," her employer was Regus Management Group, LLC. [*See* D.E. 1-3]. Given the nature of the claims that Plaintiff has brought, Defendant believes that Plaintiff is suing Regus Management Group, LLC and has incorrectly sued Regus Management Group, LLC as Regus.

13919446v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2019, I filed a true and correct copy of the foregoing with the CM/ECF System, which sent an electronic a copy of the foregoing on the following:

Anthony J. Sicola, Esq.
Law Offices of Anthony Sicola
105 East Fifth Street, Suite 503
Kansas City, Missouri 64106
ajs@sicolalaw.com

David A. Lunceford, Esq.
Lunceford Law Firm, LLC
201 SE First Street
Lee's Summit, Missouri 64063
llf.dlunceford@gmail.com

                                                    /s/ Casey P. Murray
                                                    Attorney for Defendant

2

13919446v.1
Case 4:19-cv-00771-BP   Document 10   Filed 11/22/19   Page 2 of 2